# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSNER RENE GUERRA RECINOS,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, Facility Administrator at Imperial Regional Detention Facility, et al.,<br><br>Respondents. | Case No.: 26cv3404 DMS (JAC)<br><br>**ORDER REQUIRING RESPONSE** |

This case comes before the Court on the Amended Petition for Writ of Habeas Corpus. Respondents filed a Return to the Amended Petition in which they state Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 25cv1873 SSS-BFM, ___ F.Supp.3d ___, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). In light thereof, Respondents do not oppose an order from the Court directing that Petitioner receive a bond hearing. In his Traverse, Petitioner argues his due process rights were violated by his re-detention, therefore he is entitled to release, not a bond hearing.

Given the allegations in the Amended Petition, which Respondents do not dispute, the Court agrees with Petitioner that the proper remedy here is release, not a bond hearing.

*See Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7 at 2-3. Accordingly, Respondents shall release Petitioner from custody forthwith, and shall not re-detain him without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: July 16, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv3404 DMS (JAC)